**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SHAWN LANGLEY                                                                               PLAINTIFF

v.                                              NO. 4:17CV00825 JLH

GAMACHE & MYERS, P.C.                                                                    DEFENDANT

## ORDER

     Gamache & Myers, P.C., has filed a motion for reconsideration of the May 3, 2018 order denying its motion to dismiss. The previously filed motion to dismiss argued that Shawn Langley lacks standing and that his complaint must be denied under Rule 12(b)(1). Although the motion for reconsideration ostensibly asserts that the complaint should be denied under Rule 12(b)(1), it first argues that Langley has not alleged an essential element of the claim, which is a basis for dismissal under Rule 12(b)(6) not 12(b)(1); and it second argues that the address on which the garnishment was served was affiliated somehow with Langley's employer, which means that Langley "cannot allege a statutory violation." Gamache & Myers' second argument really is that Langley cannot present proof on an essential element of his claim, which is an argument that belongs in a summary judgment motion. Both arguments confuse the merits of Langley's claim with the issue of whether he has standing. It may be true that Langley will be unable to prove a violation of the Act, but a 12(b)(1) motion is not the vehicle by which the Court can make that determination. The motion is DENIED. Document #31.

     IT IS SO ORDERED this 16th day of May, 2018.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE